UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WARREN MERRILL,<br><br>            Plaintiff,<br><br>   v.<br><br>ANTHONY GOLIK, et al.,,<br><br>            Defendants. | CASE NO. C 12-5674 KLS<br><br>ORDER GRANTING LIMITED EXTENSION |

      The Plaintiff filed a request for extension of time to respond to the three summary judgment motions that have been filed on behalf of the defendants. ECF No. 49. This motion was filed on August 12, 2013 and noted for August 23, 2013. Two summary judgment motions were filed on August 1, 2013 (ECF No. 24 and 29) and Plaintiff's reply to both motions is due August 19th. When the undersigned became aware of the timing of the motion, an order was issued on August 13th directing the defendants' to respond no later than August 16th. They filed their response the next day, August 14th (ECF No. 51) and object to the request.

      Local Rule LCR 7(j) states that a motion for relief from a deadline should be filed, whenever possible, "sufficiently in advance of the deadline to allow the court to rule on the

motion prior to the deadline. Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." The Plaintiff has offered no explanation as to why he did not comply or was not able to comply with this rule.

The Court also finds concerning the representation in the Plaintiff's motion that "Defendant County's expert's exhibits to her deposition exceeded 2000 pages." The reality, as pointed out by the Defendants, is that the one exhibit to the expert's deposition was the expert witness's report which was previously disclosed on May 17, 2013 as required by court order. That report did not exceed 2000 pages.

The undersigned does not find that Plaintiff has met his obligation of showing good cause to support the three week extension that is requested. However, the Court will grant a limited extension so that all three summary judgment motions will be noted for August 30th and the Plaintiff's reply to all three motions are now due on Monday, August 26, 2013.

It is hereby ORDERED:

1. The Clerk is directed to change the noting date for the Summary Judgment Motions noted for August 23 (ECF No. 24 and 29) to August 30, 2013.

2. The Plaintiff shall file his reply to all three summary judgment motions on or before Monday, August 26, 2013.

DATED this 14th day of August, 2013.

Karen L. Strombom
United States Magistrate Judge