UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

WARREN MERRILL,

    Plaintiff,

v.

ANTHONY GOLIK, et al,

    Defendants.

**NOTICE OF CIVIL APPEAL**

CASE NO. 3:12-cv-05674-KLS

Hon. Karen L. Strombom

Notice is hereby given that WARREN MERRILL, Plaintiff/Appellant in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of dismissal on summary judgment entered in this action on September 24, 2013.

DATED this October 23, 2013.

s/ *Josephine C. Townsend*, WSBA 31965
Josephine C. Townsend
Of Attorneys for Warren Merrill
211 E. 11th Street Suite 104
Vancouver WA 98660

NOTICE OF APPEAL
3:12-cv-05674-KLS; Merrill v Golik, *et al*   - Page 1 of 2

Josephine C. Townsend
Attorney At Law
211 E. 11th Street Suite 104
Vancouver WA 98660